OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1M
0004279596

$ 00.26⁵
PITNEY BOWES

JAN 29 2015

MAILED FROM ZIP CODE 78701

1/28/2015
GONZALES, JOHN EDWARD Tr. Ct. No. 959621-B                    WR-62,603-05
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk



JOHN EDWARD GONZALES
TDC #1241742

DiS

U TF

RTS